AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN  DISTRICT OF  IOWA

UNITED STATES OF AMERICA

V.

DAVID ROBERT MCMENEMY

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-mj-554

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __David Robert McMenemy__
Name
and bring him forthwith to the nearest magistrate judge to answer a

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

committing arson against a business affecting interstate commerce

in violation of Title __18__ United States Code, Section(s) __844(i)__

Thomas J. Shields
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____ by _____

Chief U.S. Magistrate Judge
Title of Issuing Officer

September 22, 2006, at Davenport, Iowa
Date and Location

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Scott Co Jail |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/22/06 | Jason Pessman - SA ATF | [signature] |
| DATE OF ARREST 9/25/06 | | |

AO 442 (Rev. 5/93) Warrant for Arrest