RECEIVED
OCT 18 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:06-cr- 576 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | T. 18, U.S.C. §844(i) |
| ) | T. 18, U.S.C. §2 |
| DAVID ROBERT MCMENEMY, ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

COUNT 1
(Arson)

That on or about September 11, 2006, in Scott County in the Southern District of Iowa, the defendant, DAVID ROBERT MCMENEMY, did maliciously attempt to damage and destroy and did damage, by means of fire and an explosive, the building and other real property located at 1510 East Rusholme Street, Davenport, Iowa, said building and property then being used in interstate commerce and in an activity affecting interstate commerce.

This is a violation of Title 18, United States Code, Sections 844(i) and 2.

**A TRUE BILL.**

/s/
_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ Joel W. Barrows
_____
Joel W. Barrows
Assistant United States Attorney