Prob 12BC-IA
(Rev. 3/03)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| **Name of Offender:** | David Robert McMenemy | **Case Number:** | 3:06-cr-00576-001 |
| **Name of Sentencing Judicial Officer:** | John A. Jarvey, U.S. District Judge | | |
| **Date of Original Sentence:** | June 29, 2007 | | |
| **Original Offense:** | 18 U.S.C. § 844(i) - Arson | | |
| **Original Sentence:** | 60 months imprisonment; 36 months supervised release | | |
| **Special Conditions:** | 1) Substance abuse testing/treatment; 2) No taverns; 3) Mental health evaluation/treatment; 4) Restitution in the amount of $263,252.98. | | |
| **Date Supervision Commenced:** | January 20, 2011 | | |
| **Date of Revocation Sentence:** | September 19, 2012 | | |
| **Revocation Sentence:** | 3 months imprisonment; 24 months supervised release | | |
| **Date Supervision Re-commenced:** | November 16, 2012 | | |
| **Modification(s):** | December 19, 2012 - Residential Reentry Center (up to 120 days) | | |
| **Assistant U.S. Attorney:** | John Beamer | **Defense Attorney:** | Federal Public Defender |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside, participate and follow the rules of the residential reentry program as directed by the U.S. Probation Officer for up to 60 days.**

## CAUSE

The offender's current placement at the residential reentry center (RRC) is scheduled to discharge on May 6, 2013. As of the date of this report, the offender still has not been able to establish himself in the community, as he has no ties to the Southern District of Iowa. A transfer of supervision to the Eastern District of Michigan (ED/MI) is currently pending, where the offender has strong family ties. If the ED/MI accepts supervision of the case, the offender will immediately be discharged from the RRC.

**Background Information:**

On September 19, 2012, the offender's supervised release was revoked for failing to follow the instructions of the probation officer, leaving the district without permission, and failing to submit written monthly reports. On December 29, 2012, the offender's conditions of supervision were modified to include halfway house placement to provide the offender with a stable place to live.

The offender has signed the attached Waiver of Hearing agreeing to have his supervision conditions modified, as noted in the Petition.

Respectfully submitted,

By /s/ Casey A. Ritchie
Casey A. Ritchie
U.S. Probation Officer
Date: April 29, 2013