IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * | |
| Plaintiff, * | |
| * | |
| vs. * | |
| * | Cr. No.: 3:06-cr-00576-001 |
| * | |
| **David Robert McMenemy,** * | |
| Defendant. * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

[ ] No Action Required at this time.
[ ] The Extension of Supervision as Noted in the Petition.
[ X ] The Modification of Conditions Noted in the Petition.
[ ] Other.

_____
John A. Jarvey
U.S. District Judge

_____5/2/13_____
DATE